**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN AYVAZYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BANCORP, INC., et al.,<br><br>        Defendants. | Case No. 25-1077-MWF(KESx)<br><br>ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE ENTIRE ACTION |

Pursuant to the parties' Stipulation to Dismiss Without Prejudice Entire Action (Docket No. 12), and for good cause shown, IT IS HEREBY ORDERED that this entire action is DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-